ERIC GRANT
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
MARLA K. LETELLIER, CA 234969
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (510) 970-4814
     E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANESSA ROFLOW,<br><br>     Plaintiff,<br><br>     vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No.: 2:25-cv-02838-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended twenty-one (21) days from March 13, 2026, to April 3, 2026. This is the Defendant's second request for an extension on the deadline to file his Motion for Summary Judgment.

Counsel for Defendant respectfully requests this extension due to the combination of needing to be out of the office for the rest of this week due to family obligations combined with her extremely heavy workload. For example, Counsel is currently responsible for briefing dispositive briefs in 7 Federal District Court cases between March 13, 2026, and March 27, 2026, as well as other assigned matters. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Stip for Extension of Time                          1

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on April 3, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.


Respectfully submitted,

Dated:  March 12, 2026                    ERIC GRANT
                                          United States Attorney


                                  By      /s/  Marla K. Letellier
                                          MARLA K. LETELLIER
                                          Special Assistant U.S. Attorney

                                          Attorneys for Defendant

Dated:  March 12, 2026                    LAW OFFICES OF FRANCESCO BENAVIDES


                                  By      /s/  Francesco Benavides*
                                          (*as authorized via e-mail on March 12, 2026)
                                          FRANCESCO BENAVIDES
                                          Attorney for Plaintiff


**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 3, 2026, to file his Motion for Summary Judgment.

Dated:  March 12, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Stip for Extension of Time                    2